IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RANDALL D. ELLISON                                                           PLAINTIFF

VS.                          CASE NO. 1:17CV00064 PSH

NANCY A. BERRYHILL, Commissioner,
   Social Security Administration                                  DEFENDANT

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 28th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE